**No. 11-508. Omaha Tribe of Nebraska, aka Omaha Nation, Petitioner v. StoreVisions, Inc.**

565 U.S. 1112, 132 S. Ct. 1016, 181 L. Ed. 2d 736, 2012 U.S. LEXIS 395.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 281 Neb. 238, 795 N.W.2d 271.